IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES A. GREEN, JR.,**

    **Petitioner,**

v.                                            Case No. 1:22-cv-207-AW-HTC

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner James Green sought § 2254 relief. ECF No. 1. The magistrate judge issued a thorough report and recommendation, concluding the court should deny the petition. ECF No. 26. There was no objection to the report and recommendation.

I have carefully considered the report and recommendation, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on June 10, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge